**Order entered August 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01145-CV

### IN RE JACKSON FULGHAM, DBA COMMERCE STREET PARTNERS, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-08353**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus.  We **ORDER** that relator bear the costs of this original proceeding..

/s/     LANA MYERS
        JUSTICE
